Official Form 1 (1/08)

| United States Bankruptcy Court<br>**NORTHERN** DISTRICT OF *ILLINOIS* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Cundari, Antonio P.* | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>*Cundari, Tynna L.* |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*dba La Dolce Vita* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*aka Tina Cundari, aka Tynna Minarik* |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *0677* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *9888* |
| Street Address of Debtor (No. & Street, City, and State):<br>*988 Reading Street*<br>*Bartlett IL*    ZIPCODE *60103* | Street Address of Joint Debtor (No. & Street, City, and State):<br>*988 Reading Street*<br>*Bartlett IL*    ZIPCODE *60103* |
| County of Residence or of the<br>Principal Place of Business: *DuPage* | County of Residence or of the<br>Principal Place of Business: *DuPage* |
| Mailing Address of Debtor (if different from street address):<br>*SAME*    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>*SAME*    ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  *NOT APPLICABLE*    ZIPCODE | |

| **Type of Debtor** (Form of organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Nature of Debts** (Check one box)

☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"    ☐ Debts are primarily business debts.

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

Check one box:

☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Filing Fee** (Check one box)

☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Check if:**

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:

☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Official Form 1 (1/08)                                                                                    FORM B1, Page   2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***Antonio P. Cundari and*** <br> ***Tynna L. Cundari*** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: <br> ***NONE*** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X <u>/s/ James Schelli, Jr.</u>    *4/29/2008*<br>    Signature of Attorney for Debtor(s)    Date</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and exhibit C is attached and made a part of this petition. <br> ☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☒ Exhibit D completed and signed by the debtor is attached and made part of this petition. <br> If this is a joint petition: <br> ☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br> ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br> ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br> _____ <br> (Address of landlord) <br><br> ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br> ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br> ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Official Form 1 (1/08)                                                                          FORM B1, Page   3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *Antonio P. Cundari and Tynna L. Cundari* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Antonio P. Cundari*
Signature of Debtor

X */s/ Tynna L. Cundari*
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

*4/29/2008*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

4/29/2008
(Date)

### Signature of Attorney*

X */s/ James Schelli, Jr.*
Signature of Attorney for Debtor(s)

*James Schelli, Jr. 6188903*
Printed Name of Attorney for Debtor(s)

*WEBSTER & SCHELLI, P.C.*
Firm Name

*1730 Park Street, Suite 220*
Address

*Naperville IL   60563*

*630.416.4500*
Telephone Number

*4/29/2008*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*4/29/2008*
Date

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## NORTHERN DIVISION

In re  *Antonio P. Cundari*
    *and*
    *Tynna L. Cundari*

Case No.
Chapter   7

_____
                      **Debtor(s)**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

       ☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

       ☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       ☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Antonio P. Cundari*

Date:    *4/29/2008*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re *Antonio P. Cundari*
       *and*
    *Tynna L. Cundari*

Case No.
Chapter   7

_____
                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒   1. Within the 180 days **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐   4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐   Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ Tynna L. Cundari*

Date:   *4/29/2008*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## NORTHERN DIVISION

In re   *Antonio P. Cundari*
*dba La Dolce Vita*
   *and*
*Tynna L. Cundari*
*aka Tina Cundari*
*aka Tynna Minarik*

Case No.
Chapter  7

_____ / Debtor

Attorney for Debtor:   *James Schelli, Jr.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.   The undersigned is the attorney for the debtor(s) in this case.

2.   The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
     a)   For legal services rendered or to be rendered in contemplation of and in
          connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *3,000.00*
     b)   Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ _____ *3,000.00*
     c)   The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *0.00*

3.   $ _____*299.00*_____ of the filing fee in this case has been paid.

4.   The Services rendered or to be rendered include the following:
     a)   Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
          file a petition under title 11 of the United States Code.
     b)   Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
          court.
     c)   Representation of the debtor(s) at the meeting of creditors.

5.   The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
     services performed, and
     *None other*

6.   The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
     be from earnings, wages and compensation for services performed, and
     *None other*

7.   The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
     the value stated:
     *None*

8.   The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
     law firm, any compensation paid or to be paid except as follows:
     *None*

Dated: *4/29/2008*              Respectfully submitted,

          X */s/ James Schelli, Jr.* _____
Attorney for Petitioner: *James Schelli, Jr.*
                         *WEBSTER & SCHELLI, P.C.*
                         *1730 Park Street, Suite 220*
                         *Naperville IL  60563*

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. § 341

INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of

  (1)  the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
  (2)  the effect of receiving a discharge of debts;
  (3)  the effect of reaffirming a debt; and
  (4)  your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary - they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,077,000 ($269,250 in unsecured debts and $807,750 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| 4/29/2008 | /s/Antonio P. Cundari | /s/Tynna L. Cundari |
|---|---|---|
| Date | Debtor | Joint Debtor |
| 4/29/2008 | /s/James Schelli, Jr. | |
| Date | Attorney for Debtor(s) | |

**FORM B6A (Official Form 6A) (12/07)**

In re <u>Antonio P. Cundari and Tynna L. Cundari</u> ,    Case No._____
     Debtor(s)                                                                      (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *Personal Residence located at 998 Reading Street, Bartlett, IL. FMV is estimated between $900,000 and 1,000,000. InnyMac Mortgage was a refiance of the original mortgage. It appears that 5th-3rd Bank (which was originally granted a second position to guarantee a business loan) may have obtained a first position on the house due to an error by the title company.* | *Fee Simple* | *J* | $ 900,000.00 | $ 900,000.00 |

No continuation sheets attached

**TOTAL $**    *900,000.00*

**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re _Antonio P. Cundari and Tynna L. Cundari_____,    Case No. _____
               Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash on hand* <br> *Location: In debtor's possession* | J | $ 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Account with* <br> *Location: In debtor's possession* | J | $ 1,500.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Misc. household goods and furnishings* <br> *Location: In debtor's possession* | J | $ 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | *Necessary wearing apparel* <br> *Location: In debtor's possession* | J | $ 800.00 |
| 7.  Furs and jewelry. | | *Wedding bands and misc. costume jewelry* <br> *Location: In debtor's possession* | J | $ 1,850.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. | X | | | |

B6B (Official Form 6B) (12/07)

In re _Antonio P. Cundari and Tynna L. Cundari_____ ,   Case No. _____
               Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *100% ownership of La Dolce Vita Enterprises, Inc.  The corporation operated a restaurant in Bartlett Illinois.  It closed in April 2008. 5th-3rd Bank has a first position lien on all equipment.* **Location: In debtor's possession** | J | $ 10.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |

Page ___2___ of ___3___

B6B (Official Form 6B) (12/07)

In re **Antonio P. Cundari and Tynna L. Cundari** _____ ,   Case No. _____
                           Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | | |
| 27. Aircraft and accessories. | X | | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | | |
| 30. Inventory. | X | | | | |
| 31. Animals. | X | | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | | |
| 33. Farming equipment and implements. | X | | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | | |
| | | | | Total ➡ | $ 6,760.00 |

Page __3__ of __3__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (12/07)

In re _Antonio P. Cundari and Tynna L. Cundari_                    ,   Case No. _____
              Debtor(s)                                                                           (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Personal Residence located at 998 Reading Street | 735 ILCS 5/12-901 | $ 616.00 | $ 900,000.00 |
| Cash on hand | 735 ILCS 5/12-1001(b) | $ 100.00 | $ 100.00 |
| Checking Account with | 735 ILCS 5/12-1001(b) | $ 1,500.00 | $ 1,500.00 |
| Misc. household goods and furnishings | 735 ILCS 5/12-1001(b) | $ 2,500.00 | $ 2,500.00 |
| Necessary wearing apparel | 735 ILCS 5/12-1001(a) | $ 800.00 | $ 800.00 |
| Wedding bands and misc. costume jewelry | 735 ILCS 5/12-1001(b) | $ 1,850.00 | $ 1,850.00 |
| 100% ownership of La Dolce Vita Enterprises, Inc. | 735 ILCS 5/12-1001(b) | $ 10.00 | $ 10.00 |

B6D (Official Form 6D) (12/07)

In re  _Antonio P. Cundari and Tynna L. Cundari_ ,                    Case No. _____
                    **Debtor(s)**                                                                                                          **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: _0026_ <br><br> _Creditor # : 1_ <br> _Fifth Third Bank_ <br> _38 Fountain Square Plz._ <br> _Cincinnati OH 45263_ | X | _J_  _Mortgage_ <br> _Personal Residence located at_ <br> _998 Reading Street_ <br><br> Value: _$ 900,010.00_ | | | | | $ 861,096.00 | $ 0.00 |
| Account No: _0026_ <br><br> _Representing:_ <br> _Fifth Third Bank_ | | _Fifth Third Bank_ <br> _346 W. Carol Lane_ <br> _Elmhurst IL 60126_ <br><br> Value: | | | | | | |
| Account No: _0596_ <br><br> _Creditor # : 2_ <br> _Indymac Bank_ <br> _1 National City Pkwy_ <br> _Kalamazoo MI 49009_ | | _J_ _2005-11-01_ <br> _Mortgage_ <br><br> Value: _$ 900,000.00_ | | | | | $ 899,384.00 | $ 860,480.00 |

<u>    1    </u>    continuation sheets attached

Subtotal $     $ 1,760,480.00    $ 860,480.00
(Total of this page)

Total $
(Use only on last page!)

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re _Antonio P. Cundari and Tynna L. Cundari_____,    Case No._____
             **Debtor(s)**                                                  **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien    H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *0596*  *Representing:*  *Indymac Bank* | | *Indymac Bank*  *P.O. Box 4045*  *Kalamazoo MI 49003*   Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  | | |
|---|---|---|
| **Subtotal $** (Total of this page) | *$ 0.00* | *$ 0.00* |
| **Total $** (Use only on last page) | *$ 1,760,480.00* | *$ 860,480.00* |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (12/07)

In re _Antonio P. Cundari and Tynna L. Cundari_ ,          Case No._____
          **Debtor(s)**                                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Antonio P. Cundari and Tynna L. Cundari_ ,        Case No. _____
    **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> AdvanceMe, Inc. <br> 600 Town Park Lane #500 <br> Kennesaw GA 30144 | X | H | Guarantee of corporate debt | | | | $ 63,000.00 |
| Account No: <br> Creditor # : 2 <br> Aramark Uniform Service <br> 4200 S. Halsted, ste 602 <br> Chicago IL 60609 | X | H | 2008 <br> Possible Guarantee of Corp. debt | X | X | | Unknown |
| Account No: 9126 <br> Creditor # : 3 <br> AT&T Wireless <br> Attn: Nat'l Correspondence <br> P.O. Box 6028 <br> Cerritos CA 90703 | | J | 2007 <br> Services Provided | | | | $ 261.15 |
| Account No: 2032 <br> Creditor # : 4 <br> Bank Of America <br> Pob 17054 <br> Wilmington DE 19884 | | J | 2003-10-01 <br> Credit Card Purchases | | | | $ 22,662.00 |

_14_ continuation sheets attached

Subtotal $        $ 85,923.15

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio P. Cundari and Tynna L. Cundari_ ,                    Case No. _____

 **Debtor(s)**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 5 <br> Barlett Chamber of Comm. <br> c/o Village Profile, Inc. <br> 33 N. Geneva Street <br> Elgin IL 60120 | X | H | Possible Guarantee of Corp. debt | X | X | | *Unknown* |
| Account No: 9215 <br> Creditor # : 6 <br> Becker's dairy <br> 4224 W. Chicago Ave. <br> Chicago IL 60651 | X | H | 2007 <br> Guarantee of corporate debt | X | X | | *Unknown* |
| Account No: 3512 <br> Creditor # : 7 <br> Bergner's <br> Retail Services <br> P.O. Box 15521 <br> Wilmington DE 19850 | | W | Credit Card Purchases | | | | $ 790.70 |
| Account No: <br> Creditor # : 8 <br> BTC Commercial, LLC <br> Attn: Christopher Rintz <br> 4927 Main Street <br> Skokie IL 60077 | X | J | Guarantee of corporate debt <br> Lease for LaDolce Vita Enterprises | | X | | *Unknown* |
| Account No: <br> Representing: <br> BTC Commercial, LLC | | | Christopher Rintz <br> 4927 Main Street <br> Skokie IL 60077 | | | | |
| Account No: <br> Representing: <br> BTC Commercial, LLC | | | Mitchell F. Asher <br> 157 N. Brockway Street <br> Palatine IL 60067 | | | | |

Sheet No. _1_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $** | $ 790.70
                                                    **Total $** |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Antonio P. Cundari and Tynna L. Cundari_____ ,   Case No. _____
           **Debtor(s)**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *A473* <br><br> Creditor # : 9 <br> *Cardiology PC* <br> *100 Retreat Avenue #811* <br> *Hartford CT 06106* | | *H* | *2/2008* <br> *Medical Bills* | | | | $ 500.00 |
| Account No: <br><br> Creditor # : 10 <br> *Carmelo Cundari* <br> *2 Everett Place* <br> *Cliffside Park NJ 07010* | | *J* | *Loan* | | | | $ 62,000.00 |
| Account No:   *8001* <br><br> Creditor # : 11 <br> *Central DuPage Hospital* <br> *25 North Winfield Road* <br> *Winfield IL 60190* | | *W* | *2007* <br> *Medical Bills* | | | | $ 66.93 |
| Account No:   *8001* <br><br> *Representing:* <br> *Central DuPage Hospital* | | | *Medical Accounting Service* <br> *5626 Frantz Road, #7100* <br> *Dublin OH 43017* | | | | |
| Account No:   *6623* <br> Creditor # : 12 <br> *Chase* <br> *900 Stewart Ave Fl 3* <br> *Garden City NY 11530* | | *H* | *2006-07-01* <br> *Auto Lease* <br> *Automobile returned* | | | | $ 60,199.00 |
| Account No:   *6623* <br><br> *Representing:* <br> *Chase* | | | *Chase Auto Finance* <br> *P.O. Box 901076* <br> *Fort Worth TX 76101* | | | | |

Sheet No.   *2*  of   *14* continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 122,765.93

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio P. Cundari and Tynna L. Cundari_____ ,   Case No. _____
          **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 6623<br><br>Representing:<br>Chase | | | Chase Auto<br>14800 Frye Road<br>Fort Worth TX 76155 | | | | |
| Account No. 6623<br><br>Representing:<br>Chase | | | Porsche Financial Services<br>4343 Commerce Ct Ste 214<br>Lisle IL 60532 | | | | |
| Account No. 9587<br>Creditor # : 13<br>Chase<br>800 Brooksedge Blvd<br>Westerville OH 43081 | | W | 2006-07-01<br>Credit Card Purchases | | | | $ 13,626.00 |
| Account No. 9587<br><br>Representing:<br>Chase | | | Chase<br>P.O. Box 15153<br>Wilmington DE 19886 | | | | |
| Account No.<br>Creditor # : 14<br>Chase Auto Finance<br>P.O. Box 101076<br>Fort Worth TX 76101 | | J | Arrearage on Executory Contract<br>Prior lease that was to be paid by<br>dealer that leased the debtor's new | | X | | Unknown |
| Account No.<br><br>Representing:<br>Chase Auto Finance | | | Porsche Financial Services<br>4343 Commerce Ct Ste 214<br>Lisle IL 60532 | | | | |

Sheet No. __3__ of __14__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 13,626.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Antonio P. Cundari and Tynna L. Cundari_ ,       Case No. _____

**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.  3791<br><br>Creditor # : 15<br>Chase Business<br>P.O. Box 15298<br>Wilmington DE 19850 | X | W | Guarantee of corporate debt | | | | $ 10,528.51 |
| Account No.  1vo1<br><br>Creditor # : 16<br>Ciccone Food Produce<br>40 W. Fullerton Ave<br>Addison IL 60101 | X | H | 2007<br>Possible Guarantee of Corp. debt | X | X | | Unknown |
| Account No.  6812<br><br>Creditor # : 17<br>Citi<br>Po Box 6241<br>Sioux Falls SD 57117 | | H | 2000-12-01<br>Credit Card Purchases | | | | $ 9,930.00 |
| Account No.  6812<br><br>Representing:<br>Citi | | | Citi Cards<br>Customer Service<br>P.O. 6000<br>The Lakes NV 89163-6000 | | | | |
| Account No.  7047<br><br>Creditor # : 18<br>Citi Business<br>P.O. Box 44180<br>Jacksonville FL 32231 | X | W | Guarantee of corporate debt | | | | $ 18,434.36 |
| Account No.  0018<br><br>Creditor # : 19<br>Coca-Cola Enterprises<br>521 Lake Kathy Drive<br>Brandon FL 33510 | X | H | 2007<br>Possible Guarantee of Corp. debt | X | X | | Unknown |

Sheet No.  4  of  14  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 38,892.87

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio P. Cundari and Tynna L. Cundari_____,        Case No._____
**Debtor(s)**                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 20 <br> Commonwealth Edison <br> Credit Department <br> 2100 Swift Drive <br> Oak Brook IL 60523 | X | H | 2008 <br> Guarantee of corporate debt | | | | $ 2,300.00 |
| Account No: <br> Creditor # : 21 <br> Daily Herald <br> Paddock Publications, Inc. <br> P.O. Box 280 <br> Arlington Height IL 60006 | | H | 2007 <br> Possible Guarantee of Corp. debt | X | X | | Unknown |
| Account No: <br> Creditor # : 22 <br> Darling Int'l. <br> dba Torvac, Inc. <br> P.O. Box 552210 <br> Detroit MI 48255 | X | J | Possible Guarantee of Corp. debt | X | X | | Unknown |
| Account No: 1393 <br> Creditor # : 23 <br> Dish Network <br> P.O. Box 9033 <br> Littleton CO 80160 | | W | Services Provided | | | | $ 129.95 |
| Account No: 0001 <br> Creditor # : 24 <br> Ecolab Pest Elimination <br> P.O. Box 6007 <br> Grand Forks ND 58206 | X | H | 2007 <br> Possible Guarantee of Corp. debt | X | X | | Unknown |
| Account No: <br> Creditor # : 25 <br> Edward Minarik <br> 149 Austin Avenue <br> Carpentersville IL 60110 | | J | 2006 <br> Loan | | | | $ 335,000.00 |

Sheet No.   5   of   14   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 337,429.95
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio P. Cundari and Tynna L. Cundari_ ,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 26 <br> Empire Cooler Service <br> 940 Chicago Avenue <br> Chicago IL 60622 | X | H | 2007 <br> Possible Guarantee of Corp. debt | | | | Unknown |
| Account No: olce <br> Creditor # : 27 <br> Espresso Best, Inc. <br> 805 Dillon Drive <br> Wood Dale IL 60191 | X | H | 2008 <br> Possible Guarantee of Corp. debt | X | X | | Unknown |
| Account No: <br> Creditor # : 28 <br> Examiner Publications, Inc. <br> P.O. Box 8287 <br> Bartlett IL 60103 | X | H | 2006 <br> Guarantee of corporate debt | | X | | $ 1,500.00 |
| Account No: 0041 <br> Creditor # : 29 <br> Fifth Third Bank <br> 38 Fountain Square Plz. <br> Cincinnati OH 45263 | X | H | Credit Card Purchases | | | | $ 5,120.77 |
| Account No: <br> Creditor # : 30 <br> Fortune Fish <br> 1068 Thorndale Avenue <br> Bensenville IL 60106 | X | H | 2008 <br> Possible Guarantee of Corp. debt | | X | | Unknown |
| Account No: 9379 <br> Creditor # : 31 <br> Fox Valley Fire & Safety <br> 2730 Pinnacle Drive <br> Elgin IL 60124 | X | H | Possible Guarantee of Corp. debt | X | X | | Unknown |

Sheet No. _6_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 6,620.77
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Antonio P. Cundari and Tynna L. Cundari_____ ,    Case No._____
                    **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 32<br>Fresh Start Produce, Inc.<br>c/o The Albert Law Firm, PC<br>205 W. Randolph Street #920<br>Chicago IL 60606 | X | H | 2007<br>Possible Guarantee of Corp. debt | X | X | | $ 1,004.60 |
| Account No:    4224<br>Creditor # : 33<br>G M A C<br>15303 S 94th Ave<br>Orland Park IL 60462 | X | J | 2006-11-01<br>Auto Lease<br>Auto Lease | | | | $ 32,276.00 |
| Account No:    4224<br>Representing:<br>G M A C | | | GMAC<br>P.O. Box 380902<br>Minneapolis MN 55438 | | | | |
| Account No:    2263<br>Creditor # : 34<br>Gemb/banana Rep<br>Po Box 981400<br>El Paso TX 79998 | | W | 2007-09-01<br>Credit Card Purchases | | | | $ 287.75 |
| Account No:    2263<br>Representing:<br>Gemb/banana Rep | | | Banana Republic<br>P.O. Box 981064<br>El Paso TX 79998 | | | | |
| Account No:    3819<br>Creditor # : 35<br>Gemb/tweeter<br>Po Box 981439<br>El Paso TX 79998 | | H | 2005-11-01<br>Credit Card Purchases | | | | $ 11,744.05 |

Sheet No.    7    of    14    continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                $ 45,312.40
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio P. Cundari and Tynna L. Cundari_____,      Case No._____
**Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.  3819  *Representing:* *Gemb/tweeter* | | | GE Money Bank P.O. Box 981127 El Paso TX 79998 | | | | |
| Account No.  9204  Creditor # : 36 GFS P.O. Box 2087 Grand Rapids MI 49501 | X | H | 2007 Guarantee of corporate debt | X | X | | Unknown |
| Account No.  6470  Creditor # : 37 Gonnella 2006 W. Erie Street Chicago IL 60612 | X | H | 2008 Possible Guarantee of Corp. debt | X | X | | Unknown |
| Account No.  Creditor # : 38 Grainger 475 E. Algonquin Road Arlington Height IL 60005 | X | H | 20072043 Possible Guarantee of Corp. debt | X | X | | Unknown |
| Account No.  lcev  Creditor # : 39 Greco and Sons 1550 Hecht Road Bartlett IL 60103 | X | H | 2007 Possible Guarantee of Corp. debt | X | X | | Unknown |
| Account No.  A496  Creditor # : 40 Hartford Cardiac Laboratory PC 85 Seymour Street, #821 Hartford CT 06106 | | H | 02/08/2008 Medical Bills | | | | $ 405.00 |

Sheet No.  _8_ of  _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    |    $ 405.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Antonio P. Cundari and Tynna L. Cundari_ ,    Case No. _____
    **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    2172<br><br>Creditor # : 41<br>Hfc<br>Po Box 1547<br>Chesapeake VA 23327 | | H | 2005-09-01<br>Personal Loan | | | | $ 12,723.00 |
| Account No.    2172<br><br>Representing:<br>Hfc | | | HFC<br>P.O. Box 9068<br>Brandon FL 33509 | | | | |
| Account No.    3512<br><br>Creditor # : 42<br>Hsbc/brgnr<br>Po Box 15521<br>Wilmington DE 19805 | | H | 1989-01-01<br>Credit Card Purchases | | | | $ 837.00 |
| Account No.    4023<br><br>Creditor # : 43<br>Hsbc/plnkt<br>90 Christiana Rd<br>New Castle DE 19720 | | H | 2004-10-01<br>Credit Card Purchases | | | | $ 10,070.00 |
| Account No.    4023<br><br>Representing:<br>Hsbc/plnkt | | | Retail Services<br>P.O. Box 15512<br>Wilmington DE 19850 | | | | |
| Account No.    4732<br><br>Creditor # : 44<br>Illinois Casualty<br>P.O. Box 4208<br>Rock Island IL 61204 | X | H | Guarantee of corporate debt | X | X | | $ 1,051.66 |

Sheet No.   9   of   14   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 24,681.66

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio P. Cundari and Tynna L. Cundari_____,   Case No. _____
          **Debtor(s)**                                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9670<br><br>Creditor # : 45<br>JS Paluch Co., Inc.<br>P.O. Box 2703<br>Schiller Park IL 60176 | X | H | Possible Guarantee of Corp. debt | X | X | | *Unknown* |
| Account No:   1884<br><br>Creditor # : 46<br>Judge & Dolph, Ltd.<br>P.O. Box 809180<br>Chicago IL 60680 | X | H | 2007<br>Possible Guarantee of Corp. debt | X | X | | $ 0.00 |
| Account No:   1884<br><br>Representing:<br>Judge & Dolph, Ltd. | | | J&D<br>1925 Busse Road<br>Elk Grove Villag IL 60007 | | | | |
| Account No:<br><br>Creditor # : 47<br>Labriola Baking Co.<br>5324 W. 123rd Place<br>Alsip IL 60803 | X | H | 2007<br>Possible Guarantee of Corp. debt | X | X | | *Unknown* |
| Account No:   2731<br><br>Creditor # : 48<br>Med1 02 Dupage Medic<br>c/o Merchants Credit<br>223 W. Jakson Street<br>Chicago IL 60606 | | H | 2006-06-30 | | | | $ 394.00 |
| Account No:   7WCG<br><br>Creditor # : 49<br>Med1 Medical<br>c/o Medical Business Bur<br>1460 Renaissance Dr<br>Park Ridge IL 60068 | | H | 2006-08-21 | | | | $ 2,215.00 |

Sheet No.   10  of   14  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 2,609.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio P. Cundari and Tynna L. Cundari_____ ,    Case No. _____

                    **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   3749<br>Creditor # : 50<br>Muzak<br>3318 Lakemont Blvd<br>Fort Mill SC 29708 | X | H | 2007<br>Possible Guarantee of Corp. debt | X | X | | Unknown |
| Account No.   8937<br>Creditor # : 51<br>Neesvig Purveyors<br>4350 Duraform Lane<br>P.O. Box 288<br>Windsor WI 53598 | X | H | Possible Guarantee of Corp. debt | X | X | | Unknown |
| Account No.   4383<br>Creditor # : 52<br>Nicor Gas<br>1844 Ferry Road<br>Naperville IL 60563 | | H | 2004-12-15<br>Guarantee of corporate debt | | | X | $ 5,000.00 |
| Account No.   1163<br>Creditor # : 53<br>Philip-Rae & Co. CPA's PC<br>564 S. Washington St. #200<br>Naperville IL 60540 | X | J | Services Provided | | | | $ 31,865.13 |
| Account No.   A007<br>Creditor # : 54<br>Plunkett Home Furnishings<br>200 S. Mitchell Court<br>Addison IL 60101 | | J | 2006<br>Credit Card Purchases | | | | $ 919.87 |
| Account No.   4110<br>Creditor # : 55<br>Reinhart Food Service<br>c/o Transworld Systems<br>25 Northwest Point Blvd #750<br>Elk Grove Villag IL 60007 | | J | Guarantee of corporate debt | X | | X | $ 172.83 |

Sheet No.   11   of   14   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 37,957.83

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio P. Cundari and Tynna L. Cundari_ ,    Case No. _____
　　　　　　　　**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   D001<br>Creditor # : 56<br>Roberts Environmental Controls<br>8500 W. 185th Street #B<br>Tinley Park IL 60487 | X | H | 2007<br>Possible Guarantee of Corp. debt | | | | Unknown |
| Account No.   0010<br>Creditor # : 57<br>Sallie Mae Servicing<br>1002 Arthur Dr<br>Lynn Haven FL 32444 | | H | 2002-03-01<br>Student Loan | | | | $ 44,872.00 |
| Account No.   8661<br>Creditor # : 58<br>Southern Wine & Spirits<br>2971 Paysphere Circle<br>Chicago IL 60674 | X | H | 2007<br>Possible Guarantee of Corp. debt | X | X | | Unknown |
| Account No.   2015<br>Creditor # : 59<br>Strategic Energy<br>Attn: Customer Relations<br>Two Gateway Center<br>Pittsburgh PA 15222 | X | H | 2007<br>Guarantee of corporate debt | X | X | | Unknown |
| Account No.   3450<br>Creditor # : 60<br>Supreme Lobster<br>220 E. North Avenue<br>Villa Park IL 60181 | X | J | 2008<br>Possible Guarantee of Corp. debt | X | X | | $ 0.00 |
| Account No.   4354<br>Creditor # : 61<br>Sysco Food Service<br>250 Wieboldt Drive<br>Des Plaines IL 60016 | X | H | 2007<br>Guarantee of corporate debt | X | X | | Unknown |

Sheet No. _12_ of _14_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 44,872.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio P. Cundari and Tynna L. Cundari_____,   Case No. _____
         **Debtor(s)**                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **2907**<br>Creditor # : 62<br>T II, LLC<br>c/o Teller Levit & Silvertrust<br>11 East Adams Street<br>Chicago IL 60603 | X | H | Guarantee of corporate debt | | | | $ 3,007.54 |
| Account No: **222L**<br>Creditor # : 63<br>True Green<br>P.O. Box 490<br>West Chicago IL 60186 | | J | 20074<br>Services Provided | | | | $ 53.10 |
| Account No:<br>Creditor # : 64<br>Turano Bakery<br>6501 W. Roosevelt Road<br>Berwyn IL 60402 | X | H | Possible Guarantee of Corp. debt | X | X | | Unknown |
| Account No: **6504**<br>Creditor # : 65<br>US Food Service<br>P.O. Box 98420<br>Chicago IL 60693 | X | H | 2008<br>Possible Guarantee of Corp. debt | X | X | | Unknown |
| Account No: **MO07**<br>Creditor # : 66<br>VillageProfile.com<br>33 N. Geneva Street<br>Elgin IL 60120 | X | H | 2007<br>Guarantee of corporate debt | X | | | $ 600.00 |
| Account No: **2329**<br>Creditor # : 67<br>Wfnnb/ann Taylor<br>Po Box 182273<br>Columbus OH 43218 | | H | 2004-06-01<br>Credit Card Purchases | | | | $ 357.00 |

Sheet No. __13__ of ___14__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 4,017.64

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Antonio P. Cundari and Tynna L. Cundari_____ ,      Case No. _____
     **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *2329* <br><br> *Representing:* <br> *Wfnnb/ann Taylor* | | | *Card Holder Services* <br> *P.O. Box 182273* <br> *Columbus OH 43218* | | | | |
| Account No:   *7189* <br><br> *Creditor # : 68* <br> *Yellow Book USA* <br> *Attn: Customer Service* <br> *2560 Renaissance Blvd.* <br> *King of Prussia PA 19406* | X | *H* | *2006* <br> *Guarantee of corporate debt* | | *X* | | *Unknown* |
| Account No: <br><br> *Creditor # : 69* <br> *Yellow Pages* <br> *P.O. Box 60007* <br> *Anaheim CA 92812* | | *J* | | | | | *$ 0.00* |
| Account No:   *4124* <br><br> *Creditor # : 70* <br> *ZEP Manufacturing Co.* <br> *139 Exchange Blvd* <br> *Glendale Heights IL 60139* | | *H* | *2007* <br> *Possible Guarantee of Corp. debt* | *X* | *X* | | *Unknown* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No.   *14* of   *14* continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                          **Subtotal $**    | *$ 0.00*
                                                          **Total $**       | *$ 765,904.90*
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re *Antonio P. Cundari and Tynna L. Cundari* _____ / Debtor     Case No. _____

<span style="padding-left:70%">(if known)</span>

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Chase Auto Finance*<br><br>*P.O. Box 901076*<br>*Fort Worth TX  76101* | Contract Type:*Automobile Lease*<br>Terms: *60 month lease @1,399/month*<br>Beginning date:*6/6/2006*<br>Debtor's Interest:*Lessor*<br>Description: *2006 Porsche Cayenne*<br><br>Buyout Option:*n/a* |
| *GMAC*<br>*P.O. Box 380902*<br>*Minneapolis MN  55438* | Contract Type:*Automobile Lease*<br>Terms: *$1,008/month*<br>Beginning date:*8/1/2007*<br>Debtor's Interest:*Lessor*<br>Description: *36 month Lease for a 2007 Cadilliac Escalade*<br><br>Buyout Option:*n/a* |

In re _Antonio P. Cundari and Tynna L. Cundari_ _____ / Debtor    Case No. _____

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| LaDolce Vita Enterprises, Inc.<br>203 S. Main Street<br>Bartlett IL   60103 | AdvanceMe, Inc.<br>600 Town Park Lane #500<br>Kennesaw GA   30144<br><br>Aramark Uniform Service<br>4200 S. Halsted, ste 602<br>Chicago IL   60609<br><br>Barlett Chamber of Comm.<br>c/o Village Profile, Inc.<br>33 N. Geneva Street<br>Elgin IL   60120<br><br>Becker's dairy<br>4224 W. Chicago Ave.<br>Chicago IL   60651<br><br>BTC Commercial, LLC<br>Attn: Christopher Rintz<br>4927 Main Street<br>Skokie IL   60077<br><br>Chase Business<br>P.O. Box 15298<br>Wilmington DE   19850<br><br>Ciccone Food Produce<br>40 W. Fullerton Ave<br>Addison IL   60101<br><br>Citi Business<br>P.O. Box 44180<br>Jacksonville FL   32231<br><br>Coca-Cola Enterprises<br>521 Lake Kathy Drive<br>Brandon FL   33510 |

B6H (Official Form 6H) (12/07)

In re _Antonio P. Cundari and Tynna L. Cundari_____ / Debtor    Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *LaDolce Vita Enterprises, Inc....continued* | *Commonwealth Edison*<br>*Credit Department*<br>*2100 Swift Drive*<br>*Oak Brook IL  60523*<br><br>*Darling Int'l.*<br>*dba Torvac, Inc.*<br>*P.O. Box 552210*<br>*Detroit MI  48255*<br><br>*Ecolab Pest Elimination*<br>*P.O. Box 6007*<br>*Grand Forks ND  58206*<br><br>*Empire Cooler Service*<br>*940 Chicago Avenue*<br>*Chicago IL  60622*<br><br>*Espresso Best, Inc.*<br>*805 Dillon Drive*<br>*Wood Dale IL  60191*<br><br>*Examiner Publications, Inc.*<br>*P.O. Box 8287*<br>*Bartlett IL  60103*<br><br>*Fifth Third Bank*<br>*38 Fountain Square Plz.*<br>*Cincinnati OH  45263*<br><br>*Fifth Third Bank*<br>*38 Fountain Square Plz.*<br>*Cincinnati OH  45263*<br><br>*Fortune Fish*<br>*1068 Thorndale Avenue*<br>*Bensenville IL  60106*<br><br>*Fox Valley Fire & Safety*<br>*2730 Pinnacle Drive*<br>*Elgin IL  60124*<br><br>*Fresh Start Produce, Inc.*<br>*c/o The Albert Law Firm, PC*<br>*205 W. Randolph Street #920*<br>*Chicago IL  60606* |

B6H (Official Form 6H) (12/07)

In re _Antonio P. Cundari and Tynna L. Cundari_____ / Debtor    Case No. _____

                                                                                    (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _LaDolce Vita Enterprises, Inc....continued_ | _G M A C_<br>_15303 S 94th Ave_<br>_Orland Park IL  60462_<br><br>_GFS_<br>_P.O. Box 2087_<br>_Grand Rapids MI  49501_<br><br>_Gonnella_<br>_2006 W. Erie Street_<br>_Chicago IL  60612_<br><br>_Grainger_<br>_475 E. Algonquin Road_<br>_Arlington Height IL  60005_<br><br>_Greco and Sons_<br>_1550 Hecht Road_<br>_Bartlett IL  60103_<br><br>_Illinois Casualty_<br>_P.O. Box 4208_<br>_Rock Island IL  61204_<br><br>_JS Paluch Co., Inc._<br>_P.O. Box 2703_<br>_Schiller Park IL  60176_<br><br>_Judge & Dolph, Ltd._<br>_P.O. Box 809180_<br>_Chicago IL  60680_<br><br>_Labriola Baking Co._<br>_5324 W. 123rd Place_<br>_Alsip IL  60803_<br><br>_Muzak_<br>_3318 Lakemont Blvd_<br>_Fort Mill SC  29708_<br><br>_Neesvig Purveyors_<br>_4350 Duraform Lane_<br>_P.O. Box 288_<br>_Windsor WI  53598_ |

B6H (Official Form 6H) (12/07)

In re _Antonio P. Cundari and Tynna L. Cundari_ _____ / Debtor    Case No. _____

                                                                                (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *Philip-Rae & Co. CPA's PC*<br>*564 S. Washington St. #200*<br>*Naperville IL   60540* |
| *LaDolce Vita Enterprises, Inc....continued* | *Roberts Environmental Controls*<br>*8500 W. 185th Street #B*<br>*Tinley Park IL   60487* |
| | *Southern Wine & Spirits*<br>*2971 Paysphere Circle*<br>*Chicago IL   60674* |
| | *Strategic Energy*<br>*Attn: Customer Relations*<br>*Two Gateway Center*<br>*Pittsburgh PA   15222* |
| | *Supreme Lobster*<br>*220 E. North Avenue*<br>*Villa Park IL   60181* |
| | *Sysco Food Service*<br>*250 Wieboldt Drive*<br>*Des Plaines IL   60016* |
| | *T II, LLC*<br>*c/o Teller Levit & Silvertrust*<br>*11 East Adams Street*<br>*Chicago IL   60603* |
| | *Turano Bakery*<br>*6501 W. Roosevelt Road*<br>*Berwyn IL   60402* |
| | *US Food Service*<br>*P.O. Box 98420*<br>*Chicago IL   60693* |
| | *VillageProfile.com*<br>*33 N. Geneva Street*<br>*Elgin IL   60120* |
| | *Yellow Book USA*<br>*Attn: Customer Service*<br>*2560 Renaissance Blvd.*<br>*King of Prussia PA   19406* |

B6I (Official Form 6I) (12/07)

In re *Antonio P. Cundari and Tynna L. Cundari* _____ ,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| *Married* | RELATIONSHIP(S): *Daughter* | AGE(S): *2* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Unemployed* | *Law Clerk* |
| Name of Employer | | *Argento Law Group* |
| How Long Employed | | *1100 N. Arlington Heights Road* |
| Address of Employer | | *Itasca IL  60143* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ *0.00* | $ *4,000.00* |
| 2. Estimate monthly overtime | $ *0.00* | $ *0.00* |
| 3. SUBTOTAL | $ *0.00* | $ *4,000.00* |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ *0.00* | $ *524.00* |
|    b. Insurance | $ *0.00* | $ *0.00* |
|    c. Union dues | $ *0.00* | $ *0.00* |
|    d. Other  (Specify): | $ *0.00* | $ *0.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ *0.00* | $ *524.00* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ *0.00* | $ *3,476.00* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ *0.00* | $ *0.00* |
| 8. Income from real property | $ *0.00* | $ *0.00* |
| 9. Interest and dividends | $ *0.00* | $ *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ *0.00* | $ *0.00* |
| 11. Social security or government assistance (Specify): | $ *0.00* | $ *0.00* |
| 12. Pension or retirement income | $ *0.00* | $ *0.00* |
| 13. Other monthly income (Specify): | $ *0.00* | $ *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ *0.00* | $ *0.00* |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ *0.00* | $ *3,476.00* |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ *3,476.00* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  Antonio P. Cundari and Tynna L. Cundari                    ,        Case No. _____

Debtor(s)                                                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 5,600.00 |
|    a. Are real estate taxes included?  Yes ☐  No ☒ | |
|    b. Is property insurance included?  Yes ☐  No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ 350.00 |
|    b. Water and sewer | $ 100.00 |
|    c. Telephone | $ 200.00 |
|    d. Other  *Cable t.v./Internet* | $ 200.00 |
|    Other | $ 0.00 |
|    Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 600.00 |
| 5. Clothing | $ 200.00 |
| 6. Laundry and dry cleaning | $ 100.00 |
| 7. Medical and dental expenses | $ 20.00 |
| 8. Transportation (not including car payments) | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 10.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 150.00 |
|    b. Life | $ 500.00 |
|    c. Health | $ 1,000.00 |
|    d. Auto | $ 300.00 |
|    e. Other | $ 0.00 |
|    Other | $ 0.00 |
|    Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify)  *Real estate taxes* | $ 1,600.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 0.00 |
|    b. Other:  *Student loans* | $ 330.00 |
|    c. Other: | $ 0.00 |
|    d. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: | $ 0.00 |
|    Other: | $ 0.00 |
|    Other: | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ 11,360.00 |

and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
|    a. Average monthly income from Line 16 of Schedule I | $ 3,476.00 |
|    b. Average monthly expenses from Line 18 above | $ 11,360.00 |
|    c. Monthly net income (a. minus b.) | $ (7,884.00) |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## NORTHERN DIVISION

In re *Antonio P. Cundari and Tynna L. Cundari*

Case No.
Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $      900,000.00 | | |
| B-Personal Property | *Yes* | *3* | $        6,760.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $    1,760,480.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $            0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *15* | | $      765,904.90 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *4* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $        3,476.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $       11,360.00 |
| TOTAL | | *30* | $      906,760.00 | $    2,526,384.90 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re *Antonio P. Cundari and Tynna L. Cundari*

Case No.

Chapter   **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *44,872.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *44,872.00* |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *3,476.00* |
| Average Expenses (from Schedule J, Line 18) | $ *11,360.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *4,000.00* |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *860,480.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *765,904.90* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *1,626,384.90* |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re _Antonio P. Cundari and Tynna L. Cundari_                                    Case No. _____
                                    Debtor                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____31_____ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _4/29/2008_____          Signature _/s/ Antonio P. Cundari_____
                                                                            _Antonio P. Cundari_


Date: _4/29/2008_____          Signature _/s/ Tynna L. Cundari_____
                                                                            _Tynna L. Cundari_

                                                   [If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re: **Antonio P. Cundari**
    **dba La Dolce Vita**
    **and**
    **Tynna L. Cundari**
    **aka Tina Cundari**
    **aka Tynna Minarik**

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

*Year to date: $16,000*
*  Last Year: Loss*
*Year before: Loss*

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None    Complete a. or b., as appropriate, and c.

☒

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None    b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the

☒    commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None    c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were

☒    insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

☐    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Fresh Start Produce, Inc. v. LaDolce Vita Enterprises, Inc., Antonio P. Cundari, 08 M1 111402* | *Collection attempt* | *Circuit Court of Cook County, 1st Municipal District, Chicago, IL* | *Judgement entered 4/8/08* |
| *BTC Commercial, LLC v. LaDolce Vita Enterprises, Inc., Antonio Cundari, Tynna L Cundari, et al., 08 M1 079436* | *Eviction and suit for back rent* | *Circuit Court of Cook County, First Municipal District* | *Pending* |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement

☒    of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within

☐    one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 2

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Chase Bank*<br>*Address: 1800 S. Naperville*<br>*Road, Wheaton, IL 60187* | *3/2008* | *Description: Porsche Cayenne*<br>*Value: $40,000* |

## 6. Assignments and receiverships

None ☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: James Schelli, Jr.*<br>*Address:*<br>*1730 Park Street, Suite 220*<br>*Naperville, IL 60563* | *Date of Payment: 3/04/08,*<br>*4/9/08, 4/29/08 and 5/2/2008*<br>*Payor: Antonio P. Cundari* | *$3,500* |

## 10. Other transfers

None ☒ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 3

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☒    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☒    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☒    List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☒    If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None ☒    For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☐    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *La Dolce Vita Enterprises,* | *ID:20-1272967* | *201S. Main Street, Barlett, IL* | *Restuarant/Bar* | *6/04 Thru 4/08* |

---

None ☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *4/29/2008*                Signature  */s/ Antonio P. Cundari*
                                 of Debtor


Date  *4/29/2008*                Signature  */s/ Tynna L. Cundari*
                                 of Joint Debtor
                                 (if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re *Antonio P. Cundari and Tynna L. Cundari*                    Case No.
                                                                    Chapter   7


_____ / Debtor


## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☒  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☒  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☒  I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| *100% ownership of La Dolce Vita Enterprises, Inc.* | *Fifth Third Bank* | X | | | |
| *Personal Residence located at 998 Reading Street* | *Fifth Third Bank* | X | | | |
| *"* | *Indymac Bank* | X | | | |
| *None* | *Sallie Mae Servicing* | X | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| 2006 Porsche Cayenne | Chase Auto Finance | |
| 36 month Lease for a 2007 Cadilliac Escalade | GMAC | |

### Signature of Debtor(s)


Date: *4/29/2008*                    Debtor: */s/ Antonio P. Cundari*


Date: *4/29/2008*                    Joint Debtor: */s/ Tynna L. Cundari*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re  *Antonio P. Cundari*
    *dba La Dolce Vita*
    *and*
    *Tynna L. Cundari*
    *aka Tina Cundari*
    *aka Tynna Minarik*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:  *James Schelli, Jr.*

## VERIFICATION OF CREDITOR MATRIX

       The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

              */s/ Antonio P. Cundari* _____
              Debtor

              */s/ Tynna L. Cundari* _____
              Joint Debtor

AdvanceMe, Inc.
600 Town Park Lane #500
Kennesaw, GA  30144

Card Holder Services
P.O. Box 182273
Columbus, OH  43218

Chase Auto Finance
P.O. Box 901076
Fort Worth, TX  76101


Aramark Uniform Service
4200 S. Halsted, ste 602
Chicago, IL  60609

Cardiology PC
100 Retreat Avenue #811
Hartford, CT  06106

Chase Business
P.O. Box 15298
Wilmington, DE  19850


AT&T Wireless
Attn: Nat'l Correspondence
P.O. Box 6028
Cerritos, CA  90703

Carmelo Cundari
2 Everett Place
Cliffside Park, NJ  07010

Christopher Rintz
4927 Main Street
Skokie, IL  60077


Banana Republic
P.O. Box 981064
El Paso, TX  79998

Central DuPage Hospital
25 North Winfield Road
Winfield, IL  60190

Ciccone Food Produce
40 W. Fullerton Ave
Addison, IL  60101


Bank Of America
Pob 17054
Wilmington, DE  19884

Chase
800 Brooksedge Blvd
Westerville, OH  43081

Citi
Po Box 6241
Sioux Falls, SD  57117


Barlett Chamber of Comm.
c/o Village Profile, Inc.
33 N. Geneva Street
Elgin, IL  60120

Chase
P.O. Box 15153
Wilmington, DE  19886

Citi Business
P.O. Box 44180
Jacksonville, FL  32231


Becker's dairy
4224 W. Chicago Ave.
Chicago, IL  60651

Chase
900 Stewart Ave Fl 3
Garden City, NY  11530

Citi Cards
Customer Service
P.O. 6000
The Lakes, NV  89163-6000


Bergner's
Retail Services
P.O. Box 15521
Wilmington, DE  19850

Chase Auto
14800 Frye Road
Fort Worth, TX  76155

Coca-Cola Enterprises
521 Lake Kathy Drive
Brandon, FL  33510


BTC Commercial, LLC
Attn: Christopher Rintz
4927 Main Street
Skokie, IL  60077

Chase Auto Finance
P.O. Box 101076
Fort Worth, TX  76101

Commonwealth Edison
Credit Department
2100 Swift Drive
Oak Brook, IL  60523

Antonio P. Cundari
988 Reading Street
Bartlett, IL  60103

Examiner Publications, Inc.
P.O. Box 8287
Bartlett, IL  60103

Gemb/tweeter
Po Box 981439
El Paso, TX  79998


Tynna L. Cundari
988 Reading Street
Bartlett, IL  60103

Fifth Third Bank
38 Fountain Square Plz.
Cincinnati, OH  45263

GFS
P.O. Box 2087
Grand Rapids, MI  49501


Daily Herald
Paddock Publications, Inc.
P.O. Box 280
Arlington Height, IL  60006

Fifth Third Bank
346 W. Carol Lane
Elmhurst, IL  60126

GMAC
P.O. Box 380902
Minneapolis, MN  55438


Darling Int'l.
dba Torvac, Inc.
P.O. Box 552210
Detroit, MI  48255

Fortune Fish
1068 Thorndale Avenue
Bensenville, IL  60106

Gonnella
2006 W. Erie Street
Chicago, IL  60612


Dish Network
P.O. Box 9033
Littleton, CO  80160

Fox Valley Fire & Safety
2730 Pinnacle Drive
Elgin, IL  60124

Grainger
475 E. Algonquin Road
Arlington Height, IL  60005


Ecolab Pest Elimination
P.O. Box 6007
Grand Forks, ND  58206

Fresh Start Produce, Inc.
c/o The Albert Law Firm, PC
205 W. Randolph Street #920
Chicago, IL  60606

Greco and Sons
1550 Hecht Road
Bartlett, IL  60103


Edward Minarik
149 Austin Avenue
Carpentersville, IL  60110

G M A C
15303 S 94th Ave
Orland Park, IL  60462

Hartford Cardiac Laboratory
85 Seymour Street, #821
Hartford, CT  06106


Empire Cooler Service
940 Chicago Avenue
Chicago, IL  60622

GE Money Bank
P.O. Box 981127
El Paso, TX  79998

HFC
P.O. Box 9068
Brandon, FL  33509


Espresso Best, Inc.
805 Dillon Drive
Wood Dale, IL  60191

Gemb/banana Rep
Po Box 981400
El Paso, TX  79998

Hfc
Po Box 1547
Chesapeake, VA  23327

Hsbc/brgnr
Po Box 15521
Wilmington, DE  19805

Labriola Baking Co.
5324 W. 123rd Place
Alsip, IL  60803

Nicor Gas
1844 Ferry Road
Naperville, IL  60563


Hsbc/plnkt
90 Christiana Rd
New Castle, DE  19720

LaDolce Vita Enterprises, I
203 S. Main Street
Bartlett, IL  60103

Philip-Rae & Co. CPA's PC
564 S. Washington St. #200
Naperville, IL  60540


Illinois Casualty
P.O. Box 4208
Rock Island, IL  61204

Med1 02 Dupage Medic
c/o Merchants Credit
223 W. Jakson Street
Chicago, IL  60606

Plunkett Home Furnishings
200 S. Mitchell Court
Addison, IL  60101


Indymac Bank
P.O. Box 4045
Kalamazoo, MI  49003

Med1 Medical
c/o Medical Business Bur
1460 Renaissance Dr
Park Ridge, IL  60068

Porsche Financial Services
4343 Commerce Ct Ste 214
Lisle, IL  60532


Indymac Bank
1 National City Pkwy
Kalamazoo, MI  49009

Medical Accounting Service
5626 Frantz Road, #7100
Dublin, OH  43017

Reinhart Food Service
c/o Transworld Systems
25 Northwest Point Blvd #75
Elk Grove Villag, IL  60007


J&D
1925 Busse Road
Elk Grove Villag, IL  60007

Mitchell F. Asher
157 N. Brockway Street
Palatine, IL  60067

Retail Services
P.O. Box 15512
Wilmington, DE  19850


James Schelli, Jr.
1730 Park Street, Suite 220
Naperville, IL  60563

Mr William Neary
227 W. Monroe
Suite 3350
Chicago, IL  60606

Roberts Environmental Contro
8500 W. 185th Street #B
Tinley Park, IL  60487


JS Paluch Co., Inc.
P.O. Box 2703
Schiller Park, IL  60176

Muzak
3318 Lakemont Blvd
Fort Mill, SC  29708

Sallie Mae Servicing
1002 Arthur Dr
Lynn Haven, FL  32444


Judge & Dolph, Ltd.
P.O. Box 809180
Chicago, IL  60680

Neesvig Purveyors
4350 Duraform Lane
P.O. Box 288
Windsor, WI  53598

Southern Wine & Spirits
2971 Paysphere Circle
Chicago, IL  60674

Strategic Energy
Attn: Customer Relations
Two Gateway Center
Pittsburgh, PA  15222

Yellow Book USA
Attn: Customer Service
2560 Renaissance Blvd.
King of Prussia, PA  19406

Supreme Lobster
220 E. North Avenue
Villa Park, IL  60181

Yellow Pages
P.O. Box 60007
Anaheim, CA  92812

Sysco Food Service
250 Wieboldt Drive
Des Plaines, IL  60016

ZEP Manufacturing Co.
139 Exchange Blvd
Glendale Heights, IL  60139

T II, LLC
c/o Teller Levit & Silvertru
11 East Adams Street
Chicago, IL  60603

True Green
P.O. Box 490
West Chicago, IL  60186

Turano Bakery
6501 W. Roosevelt Road
Berwyn, IL  60402

US Food Service
P.O. Box 98420
Chicago, IL  60693

VillageProfile.com
33 N. Geneva Street
Elgin, IL  60120

Wfnnb/ann Taylor
Po Box 182273
Columbus, OH  43218

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## NORTHERN DIVISION

In re *Antonio P. Cundari*
    *dba La Dolce Vita*
     *and*
    *Tynna L. Cundari*
    *aka Tina Cundari*
    *aka Tynna Minarik*

Case No.

Chapter  7

_____ / Debtor

Attorney for Debtor: *James Schelli, Jr.*

## PETITIONER'S AFFIDAVIT

Petitioner has not had a case pending under Title 11 at any time in the preceding 180 days where:

1) the case was dismissed by the Court for willful failure of the debtor to abide by orders of the Court, or to appear before the Court in proper prosecution of the case; or

2) the petitioner requested and obtained the voluntary dismissal of the case following the filing of a request for relief from the automatic stay provided by Section 362 of Title 11.

Under penalty of perjury, I declare I have read this statement and to the best of my knowledge and belief it is true.

Dated: _____

          */s/ Antonio P. Cundari* _____
                           Signature of Petitioner

          */s/ Tynna L. Cundari* _____
                         Signature of Joint Petitioner